# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. Michael Isaiah Urzua    Date 4/17/19

Title ~~United States v.~~  19-1575-MJ-1

Present: The Honorable **Gail J. Standish**

Earlene Carson — Deputy Clerk

n/a — Court Reporter / Recorder

Attorneys Present for Government: n/a

Attorneys Present for Defendant: n/a

**Proceedings:** (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Lack of bail resources
- ☐ Refusal to interview with Pretrial Services
- ☒ No stable residence or employment
- ☒ Previous failure to appear or violations of probation, parole, or release
- ☐ Ties to foreign countries
- ☒ Allegations in petition

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No. 19-1575-MJ-1        Date 4/17/19

Title  United States v. Michael Isaiah Urzua

B. ☐ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☒ Allegations in petition

☒ Substance abuse

☐ Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

*Defendant submitted to detention.*